| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant, ALAR JAMAR McCRAY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-11-394-GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) |
| ALAR JAMAR McCRAY, | ) Date: April 13, 2012 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for ALAR JAMAR McCRAY, that the status conference hearing date of March 2, 2012, be rescheduled for a status conference on April 13, 2012, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to receive and review the discovery, consult with her client, examine possible defenses, and to investigating the facts of the case. Defense counsel is currently in trial and will need additional time to prepare for that reason.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 13, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| DATED: March 1, 2012. | | Respectfully submitted, |
| | | DANIEL J. BRODERICK<br>Federal Public Defender |
| | | /s/ Courtney Fein<br>COURTNEY FEIN<br>Assistant Federal Defender<br>Designated Counsel for Service<br>Attorney for ALAR JAMAR McCRAY |
| DATED: March 1, 2012. | | BENJAMIN WAGNER<br>United States Attorney |
| | | /s/ Courtney Fein for<br>WILLIAM WONG<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 2, 2012, status conference hearing be continued to April 13, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the April 13, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: March 1, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2