```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   COURTNEY FEIN, Bar #244785
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   (916) 498-5700

5   Attorney for Defendant
    ALAR JAMAR McCRAY
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-11-394-GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) |
| ALAR JAMAR McCRAY, | ) Date: July 20, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for ALAR JAMAR McCRAY, that the status conference hearing date of May 25, 2012, be rescheduled for a status conference on July 20, 2012, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and investigate the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 20, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

The Court finds that the ends of justice to be served by granting a continuance

outweigh the best interest of the public and the defendant in a speedy trial.

DATED: May 23, 2012.	Respectfully submitted,

                                                                DANIEL J. BRODERICK
                                                                Federal Public Defender

                                                                /s/ Courtney Fein
                                                                COURTNEY FEIN
                                                                Assistant Federal Defender
                                                                Designated Counsel for Service
                                                                Attorney for ALAR JAMAR McCRAY

DATED: May 23, 2012.	BENJAMIN WAGNER
                                                               United States Attorney

                                                                /s/ Courtney Fein for
                                                                WILLIAM WONG
                                                               Assistant U.S. Attorney
                                                               Attorney for Plaintiff

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 25, 2012, status conference hearing be continued to July 20, 2012, at 9:00 a.m.. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the July 20, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: May 23, 2012

                                                          GARLAND E. BURRELL, JR.
                                                          United States District Judge